**FILED**

**DEC - 9 2025**

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br>GEORGE BARREDA<br>aka JORGE ALBERT BARREDA<br>aka JORGE ALBERTO BARREDA<br><br>Debtor(s) | CASE NO.: 8:25-bk-11411-SC<br>ADVERSARY NO.: N/A<br>NOTICE OF APPEAL FILED: 12/02/2025<br>NOTICE OF CROSS APPEAL FILED :<br>BANKRUPTCY CASE FILED : 05/27/2025<br>APPEAL DOCKET ENTRY NO.: 40 |
|---|---|
| vs.<br>Plaintiff(s)<br><br>Defendant(s) | **NOTICE OF REFERRAL OF APPEAL** |

To all parties in interest, and the:

☐ Bankruptcy Appellate Panel of the Ninth Circuit
☒ United States District Court, Central District of California

You are hereby notified that the following document(s) have been filed at the Bankruptcy Court.

☐ Motion for Leave to Appeal
☐ Answer in opposition to Motion for Leave to Appeal
☒ Notice of Appeal and Statement of Election
☐ Notice of Cross-Appeal
☐ Appellant's Statement of Election to Transfer Appeal to the District Court
☒ Other (*specify*):
   Amended Notice Of Appeal

By virtue of orders of the Judicial Council of the Ninth Circuit and the District Court for this District, the above appeal and related documents have been referred to the Bankruptcy Appellate Panel or U.S. District Court, as indicated above.

I certify that a true copy of the Notice of Appeal and Statement of Election, Notice of Referral of Appeal, Transcript Order Form, and Notice of Transcript were served on each of the parties listed in the Appeal, together with a copy of the Amended Order Continuing the Bankruptcy Appellate Panel of the Ninth Circuit, as applicable.

Kathleen J. Campbell
Clerk of Court

Date: 12/09/2025        By: /s/ Nickie Bolte *Nickie Bolte*
                            Deputy Clerk

## NOTICE OF APPEAL SERVICE LIST

1. <u>**SERVED BY THE BANKRUPTCY COURT BY NOTICE OF ELECTRONIC FILING (NEF):**</u>

    ☐ Bankruptcy Appellate Panel of the Ninth Circuit at bapca09filings@ca9.uscourts.gov
    ☒ United States District Court at bkappeal_cacd@cacd.uscourts.gov

    Office of the United States Trustee

    ☐ Los Angeles Division at ustpregion16.la.ecf@usdoj.gov
    ☐ Riverside Division at ustpregion16.rs.ecf@usdoj.gov
    ☒ Santa Ana Division at ustpregion16.sa.ecf@usdoj.gov
    ☐ San Fernando Valley Division at ustpregion16.wh.ecf@usdoj.gov
    ☐ Northern Division at ustpregion16.nd.ecf@usdoj.gov

    Other parties served by NEF:

    Jonathan C Cahill    jcahill@klinedinstlaw.com, jcahill@aldridgepite.com;JCC@ecf.inforuptcy.com; jchalmers@klinedinstlaw.com
    Richard A Marshack (TR)    pkraus@marshackhays.com, ecf.alert+Marshack@titlexi.com
    Kirsten Martinez    Kirsten.Martinez@bonialpc.com, Notices.Bonial@ecf.courtdrive.com
    United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
    Peter Winkler    winkler@winklerlaw.com

2. <u>**SERVED BY THE BANKRUPTCY COURT BY UNITED STATES MAIL:**</u>

    Employment Development Dept., Bankruptcy
    Group MIC 92E,
    P.O. Box 826880
    Sacramento, CA 94280-0001

    Franchise Tax Board,
    Bankruptcy Section MS: A-340,
    P.O. Box 2952
    Sacramento, CA 95812-2952

    The Bank Of New York Mellon
    Fka The Bank Of New York,
    14841 Dallas Parkway, Suite 350
    Dallas, TX 75254

    Shellpoint Mortgage
    PO Box 24605
    West Palm Beach, FL 33416-4605

    Peter Winkler
    Attorney At Law
    104-A Main Street
    Tiburon, CA 94920-2510