| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Peter Winkler (SBN 92377)<br>Attorney at Law<br>104-A Main Street<br>Tiburon, California 94920-2510<br>415.435.2677<br>winklerlaw9@gmail.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* George Barreda | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br><br>George Barreda<br><br><br><br>Debtor(s). | CASE NO.: 8:25-bk-11411-SC<br><br>ADVERSARY NO.: 8:25-ap-01263<br>(*if applicable*)<br><br>CHAPTER: 7 |
|---|---|
| Plaintiff(s) (*if applicable*).<br>vs.<br>BANK OF NEW YORK MELLON TRUST, NEWREZ LLC dba SHELLPOINT MORTGAGE SERVICING, THE MORTGAGE LAW FIRM PLC, AUCTION.COM LLC, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC. (MERS), DOES 1-50<br>Defendant(s) (*if applicable*). | **NOTICE OF APPEAL**<br>**AND STATEMENT OF ELECTION** |

**Part 1: Identify the appellant(s)**

1. Name(s) of appellant(s): George Barreda

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

For appeals in an adversary proceeding.
☒ Plaintiff
☐ Defendant
☐ Other (*describe*):

For appeals in a bankruptcy case and not in an adversary proceeding.
☒ Debtor
☐ Creditor
☐ Trustee
☐ Other (*describe*):

**Part 2: Identify the subject of this appeal**

1. Describe the judgment—or the appealable order or decree—from which the appeal is taken:

   Order of Discharge Chapter 7

2. State the date on which the judgment—or the appealable order or decree—was entered: 11/17/2025

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment—or the appealable order or decree—from which the appeal is taken and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party:
   Attorney:




2. Party:
   Attorney:




**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☒ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 5: Sign below**

*/s/ Peter Winkler*                                           Date: 12/02/2025
Signature of attorney for appellant(s) (or appellant(s)
if not represented by an attorney)

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

**[Note to inmate filers:** If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

104-A Main Street, Tiburon, California 94920-2510

A true and correct copy of the foregoing document entitled: **NOTICE OF APPEAL AND STATEMENT OF ELECTION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 12/02/2025 , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Jonathan C Cahill
on behalf of Defendant Mortgage Electronic Registration Systems Inc. (MERS) jcahill@klinedinstlaw.com
jcahill@aldridgepite.com;JCC@ecf.inforuptcy.com;jchalmers@klinedinstlaw.com

Jonathan C Cahill
on behalf of Defendant Bank of New York Mellon Trust jcahill@klinedinstlaw.com
jcahill@aldridgepite.com;JCC@ecf.inforuptcy.com;jchalmers@klinedinstlaw.com

[X] Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 12/02/2025 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Scott C Clarkson
United States Bankruptcy Court
411 West Fourth Street, Ste 5130
Santa Ana, CA 92701

[ ] Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____ , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

[ ] Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12/02/2025 | Peter Winkler | */s/ Peter Winkler* |
|---|---|---|
| Date | Printed Name | Signature |

SERVICE INFORMATION  continuation

Jonathan C Cahill
on behalf of Defendant NewRez LLC jcahill@klinedinstlaw.com
<u>jcahill@aldridgepite.com</u>;JCC@ecf.inforuptcy.com;jchalmers@klinedinstlaw.com

Kirsten Martinez
on behalf of Creditor The Bank Of New York Mellon Fka The Bank Of New York
Kirsten.Martinez@bonialpc.com
Notices.Bonial@ecf.courtdrive.com

Kirsten Martinez
on behalf of Creditor The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders of the
CWABS Inc., Asset-Backed Certificates, Series 2006-24 as serviced by NewRez LLC d/b/a Shellpoint Mort
Kirsten.Martinez@bonialpc.com, Notices.Bonial@ecf.courtdrive.com

Richard A Marshack (TR)
pkraus@marshackhays.com ecf.alert+Marshack@titlexi.com

EDI: EDD.COM
Employment Development Dept., Bankruptcy
Group MIC 92E, P.O. Box 826880, Sacramento,
CA 94280-0001

EDI: CALTAX.COM
Franchise Tax Board, Bankruptcy Section MS:
A-340, P.O. Box 2952, Sacramento, CA
95812-2952

BKMailings@NBSDefaultServices.com
The Bank Of New York Mellon Fka The Bank Of
New York, 14841 Dallas Parkway, Suite 350, Dallas,
TX 75254, UNITED STATES 75254-7685

EDI: LCIPHHMRGT
Shellpoint Mortgage, PO Box 24605,
West Palm Beach, FL 33416-4605

**Information to identify the case:**

| Debtor 1 | George Barreda | | Social Security number or ITIN | xxx–xx–6670 |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 | | | Social Security number or ITIN | _ _ _ _ |
| (Spouse, if filing) | First Name   Middle Name   Last Name | | EIN | _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   Central District of California

Case number:   8:25–bk–11411–SC

## Order of Discharge – Chapter 7

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

George Barreda
aka Jorge Albert Barreda, aka Jorge Alberto Barreda

[include all names used by each debtor, including trade names, within the 8 years prior to the filing of the petition]

Debtor 1 Discharge Date: 11/17/25

**Dated:** 11/17/25

**By the court:**   Scott C Clarkson
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

38/AUTU

For more information, see page 2 >

Official Form 318–CACBdodb/CACodsc  **Order of Chapter 7 Discharge**  page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for most taxes;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- ♦ some debts which the debtors did not properly list;

- ♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---